IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02952-MSK-BNB

RAFAEL W. GARCIA,

Applicant,

v.

UNITED STATES PAROLE COMMISSION EXAMINER FOR FLORENCE; and
UNITED STATE PAROLE COMMISSION,

Respondents.

ORDER

This matter is before the Court on Applicant's "Motion for a Court Order to Compel Respondents to Answer the Petition" [Doc. No. 13, filed 5/9/2011] and Applicant's "Motion to Show Cause Why Habeas Petition Should be Granted" [Doc. No. 25, filed 8/17/2011]. The motions were referred to me on September 6, 2011.

The "Motion for a Court Order to Compel Respondents to Answer the Petition" will be denied as moot because a second order to show cause was issued in this action on May 11, 2011, and Respondents timely filed an "Answer to Amended Application for Writ of Habeas Corpus" [Doc. No. 24, filed 8/10/2011].

In the "Motion to Show Cause Why Habeas Petition Should be Granted," Applicant asks that the relief he seeks in this action be granted because Respondents failed to respond to the Court's May 11 order to show cause. The "Motion to Show Cause Why Habeas Petition Should be Granted" will be denied because, as noted above, Respondents filed a timely response on August 10. Although the "Answer to Amended Application for Writ of Habeas Corpus" filed by

Respondents includes a certificate of service indicating that a copy of the response was served on Applicant on August 10, it appears that Applicant may not have received a copy of that response. Therefore, Respondents will be directed to serve on Applicant, on or before September 26, 2011, another copy of their "Answer to Amended Application for Writ of Habeas Corpus." Applicant will be allowed thirty days thereafter, or to and including October 26, 2011, within which to file a reply, if any. Accordingly, it is

ORDERED that Applicant's "Motion for a Court Order to Compel Respondents to Answer the Petition" [Doc. No. 13] is DENIED as moot. It is

FURTHER ORDERED that Applicant's "Motion to Show Cause Why Habeas Petition Should be Granted" [Doc. No. 25] is DENIED. It is

FURTHER ORDERED that Respondents shall serve on Applicant, on or before **September 26, 2011**, a copy of their "Answer to Amended Application for Writ of Habeas Corpus," including attachments, and file a certificate of service with the court specifying the form and date of service. It is

FURTHER ORDERED that Applicant shall have to and including **October 26, 2011**, within which to file a reply, if any.

Dated September 19, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge